UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. GUSTAVESON, et al.,<br><br>　　　　Defendants. | **Case No. 1:20-cv-01190-JLT (PC)**<br><br>**ORDER RELATING CASES** |
| MOISES CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. GUSTAVESON, et al.,<br><br>　　　　Defendants. | **Case No. 1:20-cv-01441-EPG (PC)** |

After examining the above-captioned actions, the Court finds that they are related within the meaning of Local Rule 123(a) as they involve the same questions of fact and law and involve the same parties. See E.D. Cal. R. 123(a). The Court therefore **ORDERS** that Case No. 1:20-cv-1441-EPG be reassigned from Magistrate Judge Erica P. Grosjean to the undersigned.

It is further **ORDERED** that the Clerk of the Court make appropriate adjustments in the

1

assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: __**October 22, 2020**__          ____**/s/ Jennifer L. Thurston**____
                                         UNITED STATES MAGISTRATE JUDGE