UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES CHAVEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>STEVEN GUSTAVESON, et al.,<br><br>         Defendants. | Case No. 1:20-cv-01441-JLT (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>**14-DAY DEADLINE** |

In the related case, *Chavez v. Gustaveson*, Case No. 1:20-cv-01441-JLT, the Court found that Plaintiff failed to update his address within 63 days and recommended dismissal of the action for failure to prosecute. To determine whether Plaintiff wishes to proceed with this action or to abandon it, **within 14 days** from the date of service of this order, the Court ORDERS the Plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. Alternatively, Plaintiff may submit a change of address or a notice of voluntary dismissal.

**<u>Failure to comply with this Order will result in a recommendation that this case be dismissed for failure to obey a court order and failure to prosecute.</u>**

IT IS SO ORDERED.

    Dated: __**May 21, 2021**__            _ **/s/ Jennifer L. Thurston**
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE