UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>STEVEN GUSTAVESON,<br><br>    Defendant. | No. 1:20-cv-01441-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 9)<br><br>Clerk of the Court to close the case. |

Plaintiff Steven Chavez is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2021, the assigned magistrate judge issued an order to show cause to determine whether the plaintiff wishes to proceed with this action or to abandon it. (Doc. No. 7.) The order required plaintiff to show cause, in writing, within fourteen (14) days, why this case should not be dismissed for failure to prosecute. (*Id.*) The order was prompted by the plaintiff's failure to update his address in the related case, *Chavez v. Gustaveson*, Case No. 1:20-cv-01190-DAD-JLT, which has been dismissed for failure to prosecute and failure to comply with Local Rule 183(b).

On June 6, 2021, the United States Postal Service returned the order to show cause as undeliverable, return to sender. Pursuant to Local Rule 183(b), if mail directed to a *pro se*

plaintiff "is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." E.D. Cal. R. 183(b).

Accordingly, on August 9, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed without prejudice for plaintiff's failure to prosecute, failure to comply with a court order, and failure to comply with the Local Rules. (Doc. No. 9.) The findings and recommendations were served on plaintiff and provided him fourteen (14) days to file objections thereto. (*Id.*) Plaintiff has not filed any objections, and the time to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 9, 2021, (Doc. No. 9), are adopted in full;
2. This action is dismissed without prejudice for plaintiff's failure to prosecute, failure to comply with a court order, and failure to comply with the Local Rules; and
3. The Clerk of the Court is directed to assign a district judge to this case for the purposes of closure and then to close this case.

IT IS SO ORDERED.

Dated:  **October 28, 2021**

_____
UNITED STATES DISTRICT JUDGE

---

[1] The U.S. Postal Service returned the findings and recommendations as undeliverable on June 2, 2021. Pursuant to Local Rule 182(f), if a *pro se* party fails to notify the court of a change of address, "service of documents at the prior address [of record] of the . . . party shall be fully effective." E.D. Cal. R. 182(f).